# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-211-GW |
| | ) | |
| Plaintiff, | ) | **AMENDED** JUDGMENT REVOKING AND REINSTATING SUPERVISED RELEASE AND COMMITMENT ORDER |
| v. | ) | |
| AUKILIA CHEATHAM, | ) | |
| Defendant. | ) | |

On February 25, 2019 and March 4, 2019, attorney for the Government, Shawn Andres, U.S. Probation Officer Sandra Acevedo and the Defendant appeared in person with appointed counsel, Elena R. Sadowsky, DFPD; and the Defendant, after having been advised of the six-count allegations contained in the Petitions on Probation and Supervised Release filed July 17, 2018 and February 20, 2019, admitted to the truthfulness of the six allegations.

Whereas, the Defendant has admitted that she violated the conditions of Supervised Release Orders imposed on January 11, 2018, the Court finds the Defendant in violation of her Supervised Release order.

//

IT IS THE JUDGMENT OF THE COURT that supervised release be revoked and Aukilia Cheatham be committed to the custody of the Bureau of Prisons to TIME SERVED, as to Counts *one* through four. The Defendant shall be released to the custody of the Prototypes program representative, who will transport the Defendant directly to the Prototypes program. Upon release from confinement, Defendant Aukilia Cheatham will be placed on supervised release for a term of 12 months, upon the same terms and conditions originally imposed, with the following additional special conditions: (1) The Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and General Order 18-10; (2) The Defendant shall reside at, participate in and successfully complete the Prototypes residential substance abuse treatment program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that facility.

Allegations five and six are dismissed.

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

DATE: March 4, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

FILED:
KIRY K. GRAY, CLERK

by Javier Gonzalez
      Deputy Clerk