

FILED
CLERK U.S. DISTRICT COURT

OCT 1 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) NO. 17-cr-00211-GW |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER OF DETENTION AFTER** |
| | ) **HEARING** |
| **AUKILIA CHEATHAM,** | ) |
| | ) **[Fed.R.Crim.P. 32.1(a)(6);** |
| Defendant. | ) **18 U.S.C. 3143(a)]** |
| | ) |

The defendant having been arrested in Los Angeles pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

1

A.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the prior revocation of the defendant's supervised release and the defendant's non-compliance with supervised release.

and

B.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's criminal history, history of substance abuse, and mental health issues.


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.


DATED: October 18, 2021


KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2